UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:17-cv-224

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **APPROXIMATELY $16,940 IN FUNDS SEIZED DURING THE EXECUTION OF A SEARCH WARRANT AT THE HOME OF WILLIAM LUTHER DOWNS,** | ) ) ) ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on plaintiff's Motion for Default Judgment (#7). Having considered plaintiff's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that **DEFAULT JUDGMENT** is **ENTERED** in favor of plaintiff and against defendant in the amount of $16,940. Any right, title, and interest of all persons in the world in or to the property is hereby forfeited to the United States, and no other right, title, or interest shall exist therein. The United States Marshal is respectfully instructed to dispose of the forfeited property as required by law.

Signed: January 3, 2018

Max O. Cogburn Jr.
United States District Judge